UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DEVON MILLER,

                              Petitioner,

-against-

SUPERINTENDENT OF THE SHAWANGUNK
CORRECTIONAL FACILITY,
                              Respondent.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/31/2020

18 CIVIL 1762 (RA)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 31, 2020, Miller's habeas petition is denied; accordingly, the case is closed.

**DATED:** New York, New York
           July 31, 2020

                                                            **RUBY J. KRAJICK**

                                                             **Clerk of Court**
                              **BY:**

                                                             **Deputy Clerk**